Eastern District of Kentucky
FILED
JAN 23 2025
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

UNITED STATES OF AMERICA

V.                                                INDICTMENT NO. 7:25-cr-002-KKC
                                                  21 U.S.C. § 841(a)(1)

DANNY SLONE

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about September 16, 2024, in Knott County, in the Eastern District of Kentucky,

**DANNY SLONE**

did knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

### FORFEITURE ALLEGATION
### 21 U.S.C. § 853

1.  By virtue of the commission of the felony offense alleged in the Indictment, **DANNY SLONE** shall forfeit to the United States any and all property used, or intending to be used, to commit and to facilitate the commission of the violations of 21 U.S.C. § 841 and any and all property constituting proceeds obtained directly or indirectly as a

result of the commission of this violation. Any and all interest that **DANNY SLONE** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. The property to be forfeited includes, but is not limited to, the following:

   **CURRENCY:**
   $1,462.00 in United States currency seized from **DANNY SLONE** on September 25, 2024.

3. If any of the property listed above, as a result of any act or omission of the Defendant, (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL

███████████████

_____
**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Forfeiture of listed assets.

**PLUS:** Restitution, if applicable.