UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

Eastern District of Kentucky
**FILED**
JAN 23 2025
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 7:25-002-KKC

UNITED STATES OF AMERICA                                                PLAINTIFF

V.             **MOTION OF UNITED STATES
               FOR ISSUANCE OF ARREST WARRANT**

DANNY SLONE                                                              DEFENDANT

\* \* \* \* \*

The United States moves for the issuance of an arrest warrant for the presence of the Defendant, **DANNY SLONE**, returnable forthwith.

Respectfully submitted,

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

By: _____/for
W. Pearce Nesbitt
Assistant United States Attorney
601 Meyers Baker Rd. Suite 200
London, KY 40741
(606) 330-4833
William.Nesbitt@usdoj.gov