UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

Eastern District of Kentucky
**FILED**

JAN 27 2025

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. **7:25-CR-2-KKC**

UNITED STATES OF AMERICA                                                                 PLAINTIFF

V.          **MOTION OF UNITED STATES TO
            UNSEAL INDICTMENT AND PLEADINGS**

DANNY SLONE                                                                              DEFENDANT

\* \* \* \* \*

The United States moves to unseal this case, including the indictment and other pleadings sealed by the Order entered on or about January 23, 2025.

Respectfully submitted,

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

By: _____
W. Pearce Nesbitt
Assistant United States Attorney
601 Meyers Baker Rd. Suite 200
London, KY 40741
(606) 330-4833
William.Nesbitt@usdoj.gov