UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CRIMINAL ACTION NO. 7:25-CR-002-KKC

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.

DANNY SLONE                                                           DEFENDANT

## MOTION TO RESCHEDULE ARRAIGNMENT

Comes the undersigned, anticipating appointment as counsel for Defendant Danny Slone, and moves the Court to reschedule the arraignment currently scheduled for January 30, 2025 at 1:00 p.m. In support of said motion, the undersigned states that he has a telephonic hearing with the Social Security Administration scheduled for 1:00 p.m. that day. If the arraignment could be held that same day, at either 12:30 p.m. or at the end of the court's docket, at 4:30 p.m., the undersigned would be able to conduct the Social Security hearing, which is anticipated to last no more than 30 minutes.

WHEREFORE, the undersigned prays for the above-requested relief.

/s/ Patrick E. O'Neill
PATRICK E. O'NEILL
1029 College Ave Suite 101
Jackson, Kentucky 41339
Phone: (606) 666-2990
Fax: (606) 666-9084
Email: peoneill@bellsouth.net
ATTORNEY FOR DEFENDANT

**CERTIFICATE**

I certify that on this the 28th day of January, 2025, I filed this document using the CM/ECFsystem, which will send notice of electronic filing to counsel of record.

/s/ Patrick E. O'Neill