UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CRIMINAL MINUTES – DETENTION HEARING

Case No.: **7:25-cr-2-KKC-EBA-1**     At: Ashland     Date: February 13, 2025

**USA v. DANNY SLONE**     X present     X custody     ___ bond     ___ OR     Age:

DOCKET ENTRY:

**PRESENT: HON. EDWARD B. ATKINS**

Assistant U.S. Attorney: W. PEARCE NESBITT, AUSA

Counsel for Defendant: PATRICK O'NEILL     X Present     X Appointed CJA

I, Janet Solomon, Clerk, do hereby CERTIFY that the original proceeding of this matter is an audio file at: KYED-ASH__7-25-cr-2-KKC-EBA_20250213_143806

PROCEEDING: **DETENTION HEARING**

    This matter was called for a Detention Hearing with parties present as noted above. The Court having heard testimony of witnesses and having heard from counsel, and being otherwise sufficiently advised, **IT IS HEREBY ORDERED:**

1. The matter of detention SHALL BE TAKEN UNDER ADVISEMENT, and the Court shall issue its ruling by subsequent Order.



Copies: COR, USM, USP
TIC: 0/13