# UNITED STATES DISTRICT COURT

EASTERN _____ DISTRICT _____ KENTUCKY

| UNITED STATES OF AMERICA | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| **DANNY SLONE** | Case Number: 7:25-CR-2-KKC-EBA |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| EDWARD B. ATKINS | W. PEARCE NESBITT | MICHAEL B. FOX |

| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| February 13, 2025 | ECR | Janet Solomon |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 2/13/25 | WIT | NESS | **Jessie Johnston,  FBI Task Force Officer** |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.